# IN THE SUPREME COURT OF THE STATE OF NEVADA

TRACEE NAKI; PATRICK NAKI; AND DANIELLE NAKI,

Appellants,

vs.

LL REALTY; AND KATHLEEN MOZZONE,

Respondents.

No. 83564

FILED

OCT 21 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order affirming a judgment of the justice court. First Judicial District Court, Carson City; James E. Wilson, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the district courts have final appellate jurisdiction over cases arising in the justice courts. Nev, Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Accordingly, this court lacks jurisdiction over this appeal, and therefore

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-30333

cc: Hon. James E. Wilson, District Judge
Danielle Naki
Patrick Naki
Tracee Naki
Kathleen Mozzone
LL Realty
Carson City Clerk